UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____ :
SHAR-RIK MOLLEY,                  :
                                  :
        Plaintiff,                :   Civ. No. 16-2297 (NLH)
                                  :
    v.                            :   OPINION
                                  :
CHERYL DEBOSE, et al.,            :
                                  :
        Defendants.               :
_____:

APPEARANCES:
Shar-rik Molley, #243576
Atlantic County Justice Facility
5060 Atlantic Ave.
Mays Land, NJ 08330
    Plaintiff Pro se


    Plaintiff Shar-rik Molley, an inmate currently confined at

the Atlantic County Justice Facility in Mays Landing, New

Jersey, filed this civil rights action asserting claims pursuant

to 42 U.S.C. § 1983. Molley v. DeBose, No. 16-2297 (D.N.J. 2016)

("Molley-III"), and requested to proceed in forma pauperis (ECF

No. 1-1.) Because this Court found Plaintiff's in forma

pauperis application to be incomplete, this matter was

administratively terminated on September 13, 2016. (ECF Nos. 4-

5.) On or about September 26, 2016, Plaintiff submitted a

renewed application to proceed in forma pauperis (ECF No. 6),

and the matter was reopened for review by a judicial officer.

On September 29, 2016, the Court entered an opinion and order

once again administratively terminating this matter because Plaintiff's in forma pauperis application was still incomplete. (ECF Nos. 7-8.)  More specifically, although Plaintiff's account statement was certified by a prison official, it failed to cover the entire six-month period immediately preceding the filing of the Complaint.  (See Sept. 29, 2016 Opinion 4-5, ECF No. 7.)

On or about October 17, 2016, Plaintiff submitted another in forma pauperis application.  (ECF No. 9.)  The "renewed" application is essentially identical to the application he submitted on September 26th.  (ECF No. 6.)  Therefore, for the reasons stated in the Court's September 29th Opinion and Order (ECF Nos. 7-8), Plaintiff's renewed in forma pauperis application will be denied.  Plaintiff will be granted leave to apply to reopen within 45 days.  An appropriate Order follows.


Dated: October 27, 2016          s/ Noel L. Hillman
At Camden, New Jersey            NOEL L. HILLMAN, U.S.D.J.